No. 71–762. Edward Hines Lumber Co. *v.* Centex-Winston Corp. C. A. 7th Cir. Certiorari denied. ▉

No. 71–764. Scott et al. *v.* United States. C. A. 5th Cir. Certiorari denied. ▉

No. 71–768. Williams et ux. *v.* Dill et al. C. A. 5th Cir. Certiorari denied.

No. 71–774. Brockstein et al., dba Church Avenue Poultry *v.* Nationwide Mutual Insurance Co. C. A. 2d Cir. Certiorari denied. ▉

No. 71–778. Herriman et al. *v.* Midwestern United Life Insurance Co. C. A. 7th Cir. Certiorari denied. ▉

No. 71–779. Dow *v.* Connell et al. C. A. 10th Cir. Certiorari denied. ▉

No. 71–780. Johnson *v.* Dennis, Director, Department of Motor Vehicles. Sup. Ct. Neb. Certiorari denied. ▉

No. 71–781. Cook Industries, Inc. *v.* C. Itoh & Co. (America), Inc. C. A. 2d Cir. Certiorari denied. ▉

No. 71–782. Smith, Superintendent of Insurance, et al. *v.* Ohio Valley Insurance Co. et al. Sup. Ct. Ohio. Certiorari denied. ▉

No. 71–794. Johnson *v.* Indiana. Sup. Ct. Ind. Certiorari denied. ▉